**E-filed 9/26/06**

GEORGE A. RILEY (State Bar No. 118304)
LUANN L. SIMMONS (State Bar No. 203526)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California  94111
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701
E-Mail:        griley@omm.com
                   lsimmons@omm.com

DAVID M. FURBUSH (State Bar No. 83447)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:   (650) 473-2600
Facsimile:   (650) 473-2601
E-Mail:        dfurbush@omm.com

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ISABEL LUI,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN P. JOBS, TIMOTHY D. COOK, RONALD B. JOHNSON, PETER OPPENHEIMER, JONATHAN RUBENSTEIN [SIC], AVADIS TEVANIAN, JR., FRED D. ANDERSON, MITCHELL MANDICH, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ARTHUR D. LEVINSON, JEROME B. YORK, GARETH C.C. CHANG, LAWRENCE J. ELLISON, EDGAR S. CALDERONI, G. FREDERICK FORSYTH, DANIEL L. EILERS, and JAMES J. BUCKLEY,<br><br>Defendants,<br><br>- and -<br><br>APPLE COMPUTER, INC.,<br><br>Nominal Defendant. | Case No. C 06-05246 RS<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1    IT IS HEREBY STIPULATED by and between Plaintiff Isabel Lui and Nominal

2  Defendant Apple Computer, Inc., as follows:

3    WHEREAS, Lui filed her Complaint on August 25, 2006;

4    WHEREAS, counsel are engaged in discussing the possibility of consolidation of this

5  matter with related cases and/or the subsequent filing of a consolidated complaint;

6    WHEREAS, the undersigned parties wish to further judicial efficiency by deferring

7  responsive pleadings until such time as consolidation issues are addressed;

8    NOW, THEREFORE, pursuant to LR. 6-1, the undersigned parties stipulate as follows:

9    All defendants who have been served to date, and all defendants who shall subsequently

10  accept service and request to be covered by this stipulation, shall have an extension of time to

11  answer or otherwise respond to 30 days after the filing of a consolidated complaint, or in the

12  event that the Court denies a motion for consolidation, the above-described defendants shall

13  answer or otherwise respond to Lui's Complaint no later than 30 days after such denial.

14    IT IS SO STIPULATED.

15  Dated: September 1, 2006                    GEORGE A. RILEY
                                              DAVID M. FURBUSH
16                                            LUANN L. SIMMONS
                                              O'MELVENY & MYERS LLP
17

18
                                              By: /s/ Luann L. Simmons
19                                            _____
                                                      Luann L. Simmons
20
                                              Attorneys for Nominal Defendant
21                                            APPLE COMPUTER, INC.

22  Dated: September 1, 2006                    ARTHUR L. SHINGLER, III
                                              DAVID R. SCOTT
23                                            GEOFFREY M. JOHNSON
                                              SCOTT + SCOTT, LLC
24

25
                                              By: /s/ Arthur L. Shingler, III
26                                            _____
                                                      Arthur L. Shingler, III
27
                                              Attorneys for Plaintiff
28                                            ISABEL LUI

1

**CERTIFICATION OF CONCURRENCE**

2
I attest under penalty of perjury that concurrence in the filing of this document has been

3
obtained from Arthur L. Shingler, III.

4
Dated:  September 1, 2006

GEORGE A. RILEY
DAVID M. FURBUSH

5
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

6

7

By:  /s/ Luann L. Simmons

8
Luann L. Simmons

9
Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

10

11
**[PROPOSED] ORDER**

12

13
Pursuant to stipulation, IT IS SO ORDERED.

14
Dated:  _____9/21/06_____

15

16
_____

17
The Honorable Ronald M. Whyte
United States District Judge

18
MP1:987028.1
Jeremy Fogel

19

20

21

22

23

24

25

26

27

28

- 2 -

STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-05246 RS