1    JOSEPH W. COTCHETT (# 36324)                    **E-filed 10/13/06**
     jcotchett@cpsmlaw.com
2    BRUCE L. SIMON (#96241)
     bsimon@cpsmlaw.com
3    PHILIP L. GREGORY (#95217)
     pgregory@cpsmlaw.com
4    MARK C. MOLUMPHY (#168009)
     mmolumphy@cpsmlaw.com
5    ESTHER L. KLISURA (#221171)
     eklisura@cpsmlaw.com
6    **COTCHETT, PITRE, SIMON & McCARTHY**
     San Francisco Airport Office Center
7    840 Malcolm Road, Suite 200
     Burlingame, CA 94010
8    Telephone: (650) 697-6000
     Facsimile: (650) 692-3606
9
     Attorneys for Plaintiff Kelley Bergman
10   Derivatively on Behalf of Apple Computer, Inc.

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                           SAN JOSE DIVISION

14

15   NICHOLAS KARANT, et al.,                 )   Case No. C-06-04128-JF
     Derivatively on Behalf of Nominal Defendant )
16   APPLE COMPUTER, INC.,                     )   STIPULATION AND [PROPOSED]
                                               )   ORDER (1) CONSOLIDATING
17              Plaintiff,                      )   CASES, (2) SETTING SCHEDULE
                                               )   FOR CONSOLIDATED
18        vs.                                   )   COMPLAINT, AND (3)
                                               )   CONTINUING INITIAL CASE
19   STEVEN P. JOBS, et al.,                   )   MANAGEMENT CONFERENCE
                                               )
20              Defendants,                     )
                                               )
21        -and-                                 )
                                               )
22   APPLE COMPUTER, INC.,                     )
                                               )
23              Nominal Defendant.             )
     _____ )
24
     [Caption continued on following page]
25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

1   DOUGLAS HOLBERT, Derivatively on           )       No. C-06-04454-JF
    Behalf of APPLE COMPUTER, INC.,             )
2                                               )
                  Plaintiff,                     )
3                                               )
         vs.                                    )
4                                               )
    FRED D. ANDERSON, et al.,                   )
5                                               )
                  Defendants,                    )
6                                               )
         -and-                                  )
7                                               )
    APPLE COMPUTER, INC.,                       )
8                                               )
                  Nominal Defendant.             )
9   _____    )
    PIRELLI ARMSTRONG TIRE                      )       No. C-06-04493-JF
10  CORPORATION RETIREE MEDICAL                 )
    BENEFITS TRUST, Derivatively on Behalf of   )
11  APPLE COMPUTER, INC.,                       )
                                                )
12                Plaintiff,                     )
                                                )
13       vs.                                    )
                                                )
14  FRED D. ANDERSON, et al.                    )
                                                )
15                Defendants,                    )
                                                )
16       -and-                                  )
                                                )
17  APPLE COMPUTER, INC.,                       )
                                                )
18                Nominal Defendant.             )
    _____    )
19  JEFFREY ALECCI, Derivatively on Behalf of   )       No. C-06-04649-JF
    APPLE COMPUTER, INC.,                       )
20                                              )
                  Plaintiff,                     )
21                                              )
         vs.                                    )
22                                              )
    FRED D. ANDERSON, et al.,                   )
23                                              )
                  Defendant,                     )
24                                              )
         -and-                                  )
25                                              )
    APPLE COMPUTER, INC.,                       )
26                                              )
                  Nominal Defendant.             )
27  _____    )

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3)  Continuing Initial Case Management Conference

| | | |
|---|---|---|
| 1 | MICHAEL PRIEBE and CYNTHIA PRIEBE, | ) | No. C-06-04703-JF |
| 2 | Plaintiff, | ) |
| 3 | vs. | ) |
| 4 | STEVEN P. JOBS, et al., | ) |
| 5 | Defendants, | ) |
| 6 | -and- | ) |
| 7 | APPLE COMPUTER, INC., | ) |
| 8 | Nominal Defendant. | ) |
| 9 | PHYLLIS JONES, | ) | No. C-06-05035-JF |
| 10 | Plaintiff, | ) |
| 11 | vs. | ) |
| 12 | FRED D. ANDERSON, et al., | ) |
| 13 | Defendants, | ) |
| 14 | -and- | ) |
| 15 | APPLE COMPUTER, INC., | ) |
| 16 | Nominal Defendant. | ) |
| 17 | ISABEL LUI, | ) | No. C-06-05246-JF |
| 18 | Plaintiff, | ) |
| 19 | vs. | ) |
| 20 | STEVEN P. JOBS, et al., | ) |
| 21 | Defendant, | ) |
| 22 | -and- | ) |
| 23 | APPLE COMPUTER, INC., | ) |
| 24 | Nominal Defendant. | ) |

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

| | | |
|---|---|---|
| 1 | KELLEY BERGMAN, Derivatively on Behalf of APPLE COMPUTER, INC., ) ) | No.: C-06-05374-JF |
| 2 | ) ) | |
| 3 | Plaintiff, ) ) | |
| 4 | vs. ) ) | |
| 5 | FRED D. ANDERSON, et al., ) ) | |
| 6 | Defendant, ) ) | |
| 7 | -and- ) ) | |
| 8 | APPLE COMPUTER, INC., ) ) | |
| 9 | Nominal Defendant. ) ) | |

| | | |
|---|---|---|
| 9 | ALFRED RONCONI, Derivatively on Behalf of APPLE COMPUTER, INC., ) ) | No. C-06-05389-JF |
| 10 | ) ) | |
| 11 | Plaintiff, ) ) | |
| 12 | vs. ) ) | |
| 13 | STEVEN P. JOBS., et al., ) ) | |
| 14 | Defendant, ) ) | |
| 15 | -and- ) ) | |
| 16 | APPLE COMPUTER, INC., ) ) | |
| 17 | Nominal Defendant. ) ) | |

| | | |
|---|---|---|
| 18 | FEIVEL GOTTLIEB, Derivatively on Behalf APPLE COMPUTER, INC., ) ) | No. C-06-05418-RMW |
| 19 | ) ) | |
| 20 | Plaintiff, ) ) | |
| 21 | vs. ) ) | |
| 22 | STEVEN P. JOBS, et al., ) ) | |
| 23 | Defendants, ) ) | |
| 24 | -and- ) ) | |
| 25 | APPLE COMPUTER, INC., ) ) | |
| 26 | Nominal Defendant. ) ) | |
| 27 | | |
| 28 | | |

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3)  Continuing Initial Case Management Conference

1   ERICK GULSRUD, Derivatively on Behalf of    )        No. C-06-05427-RS
    Nominal Defendant APPLE COMPUTER,            )
2   INC.,                                        )
                                                 )
3                   Plaintiff,                   )
                                                 )
4          vs.                                   )
                                                 )
5   FRED D. ANDERSON, et al.,                    )
                                                 )
6          -and-                                 )
                                                 )
7   APPLE COMPUTER, INC.,                        )
                                                 )
8                   Nominal Defendant.           )
                                                 )

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3)  Continuing Initial Case Management Conference

WHEREAS, there are currently at least eleven shareholder derivative actions on behalf of nominal defendant Apple Computer, Inc., ("Apple") pending in the Northern District of California.

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Karant v. Jobs, et al.* | C-06-04128-JF | 06/30/06 |
| *Holbert v. Anderson, et al.* | C-06-04454-JF | 07/20/06 |
| *Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust v. Anderson, et al.* | C-06-04493-JF | 07/24/06 |
| *Alecci v. Anderson, et al.* | C-06-04659-JF | 07/31/06 |
| *Priebe v. Jobs, et al.,* | C-06-04703-JF | 08/02/06 |
| *Jones v. Anderson, et al.* | C-06-05035-JF | 08/22/06 |
| *Lui v. Jobs, et al.* | C-06-05246-JF | 08/25/06 |
| *Bergman v. Anderson, et al.,* | C-06-05374-JF | 08/31/06 |
| *Ronconi v. Jobs, et al.,* | C-06-05389-JF | 08/31/06 |
| *Gottlieb v. Jobs, et al.,* | C-06-05418-RMW | 09/01/06 |
| *Gulsrud v. Anderson, et al.,* | C-06-05427-RS | 09/01/06 |

WHEREAS, the Court has previously determined that all of the Apple derivative actions identified above, with the exception of the *Gottlieb* and *Gulsrud* actions more recently filed, are related pursuant to Local Rule 3-12(a) and all have been assigned to Judge Fogel; and

WHEREAS, the Apple shareholder derivative actions identified above all arise out of the same transactions and occurrences and involve the same or substantially similar issues of law and facts, and, therefore, should be consolidated for all purposes under Fed. R. Civ. P. 42(a);

WHEREAS, counsel for plaintiffs, nominal defendant Apple, and certain individual defendants have met and conferred and have agreed to a schedule for filing a consolidated complaint and for briefing any motion directed at the consolidated complaint;

WHEREAS, several plaintiffs have filed motions to be appointed lead plaintiff and the motions are scheduled for hearing on October 20, 2006;

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

WHEREAS, the parties have met and conferred and believe the interest of judicial economy will be served by continuing the initial case management conference to December 8, 2006 at 10:30 a.m., or as soon thereafter as the Court's calendar permits; and

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and the identified defendants, through their respective counsel of record, as follows:

I.    **CONSOLIDATION OF ACTIONS**

1.    The following actions are hereby consolidated for all purposes, including pretrial proceedings, trial and appeal;

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Karant, et al. v. Jobs, et al.* | C-06-04128-JF | 06/30/06 |
| *Holbert v. Anderson, et al.* | C-06-04454-JF | 07/20/06 |
| *Pirelli Armstrong Tire Corporation Retiree Medical Benefits Trust v. Anderson, et al.* | C-06-04493-JF | 07/24/06 |
| *Alecci v. Anderson, et al.* | C-06-04659-JF | 07/31/06 |
| *Priebe v. Jobs, et al.,* | C-06-04703-JF | 08/02/06 |
| *Jones v. Anderson, et al.* | C-06-05035-JF | 08/22/06 |
| *Lui v. Jobs, et al.* | C-06-05246-JF | 08/25/06 |
| *Bergman v. Anderson, et al.,* | C-06-05374-JF | 08/31/06 |
| *Ronconi v. Jobs, et al.,* | C-06-05389-JF | 08/31/06 |
| *Gottlieb v. Jobs, et al.,* | C-06-05418-RMW | 09/01/06 |
| *Gulsrud v. Anderson, et al.,* | C-06-05427-RS | 09/01/06 |

2.    The caption of these consolidated actions shall be "In re Apple Computer, Inc. Derivative Litigation" and the files of these consolidated actions shall be maintained in one file under Master File No. C-06-04128-JF.  Any other actions now pending or later filed in this Court which arise out of or are related to the same facts as alleged in the above-identified cases shall be consolidated for all purposes, if and when they are brought to the Court's attention.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

1    3.    Every pleading filed in the consolidated actions, or in any separate action included

2    herein, shall bear the following caption:

3                               UNITED STATES DISTRICT COURT

4                               NORTHERN DISTRICT OF CALIFORNIA

5                               SAN JOSE DIVISION

6

7    In re APPLE COMPUTER, INC.,          )        Master File No. C-06-04128-JF
     DERIVATIVE LITIGATION                )
8    _____  )
                                          )
9    This Document Relates To:            )
                                          )
10   _____  )

11

12   4.    When a pleading is intended to be applicable to all actions governed by this Order,

13   the words "All Actions" shall appear immediately after the words "This Document Relates To:"

14   in the caption set out above.  When a pleading is intended to be applicable to only some, but not

15   all, of the consolidated actions, this Court's docket number for each individual action to which

16   the pleading is intended to be applicable and the abbreviated case name of said action shall

17   appear immediately after the words "The Document Relates To:" in the caption described above

18   (e.g. "No. C-06-04128 JF, *Karant, et al., v. Jobs, et al.*").

19   5.    A Master Docket and a Master File hereby are established for the above-

20   consolidated proceedings and for all other related cases filed in or transferred to this Court.

21   Separate dockets shall continue to be maintained for each of the individual actions hereby

22   consolidated, and entries shall be made in the docket for each individual case in accordance with

23   the regular procedures of the clerk of this Court, except as modified by this Order.

24   6.    When a pleading is filed and the caption shows that it is applicable to "All

25   Actions," the clerk shall file such pleading in the Master File and note such filing on the Master

26   Docket.  No further copies need be filed, and no other docket entries need be made.

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

7.    When a pleading is filed and the caption shows that it is to be applicable to fewer than all of the consolidated actions, the clerk will file such pleading in the Master File only but shall docket such filing on the Master Docket of each applicable action.

8.    When a case which properly belongs as part of *In re Apple Computer, Inc., Derivative Litigation* is filed in this Court or transferred to this Court from another court and assigned to Judge Fogel, the clerk of this Court shall:

(a)    Place a copy of this Order in the separate file for such action;

(b)    Mail to the attorneys for the plaintiff(s) in the newly filed or transferred case a copy of this Order and direct that this Order by served upon or mailed to any new defendant(s) or their counsel in the newly filed or transferred case; and

(c)    Make an appropriate entry on the Master Docket.  This Court requests the assistance of counsel in calling to the attention of the clerk of this Court the filing or transfer of any case which properly might be consolidated as part of *In re Apple Computer, Inc., Derivative Litigation*.

## II.    SCHEDULE

9.    The case management conference is continued until December 8, 2006 at 10:30 a.m.

10.    The case management statement shall be due on December 1, 2006.

11.    Plaintiffs shall, no later than 45 days from the entry of an Order appointing lead plaintiff and lead counsel, file and serve a consolidated complaint which will supersede all existing complaints filed in these actions.  Defendants need not respond to any of the pre-existing complaints.  Service shall be effected with respect to any named defendant who has already been served with any of the pre-existing complaints in any of the consolidated actions by serving the consolidated complaint on that defendant's counsel.

12.    Each defendant who has been served shall answer or otherwise respond to the consolidated complaint no later than 45 days from the date of service.  In the event that defendants file and serve any motions directed at the consolidated complaint, plaintiffs shall file

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3)  Continuing Initial Case Management Conference                    4

and serve their opposition within 30 days after the service of defendants' motions.  If defendants file and serve a reply to plaintiffs' opposition, they will do so within 15 days after service of the opposition.

13.    Defendants' counsel may rely upon all agreements made with any Lead Counsel appointed by the Court, and such agreements shall be binding on all derivative plaintiffs. Defendants may satisfy their service obligations by serving the Lead Counsel.

IT IS SO STIPULATED.

Dated: October 11, 2006          COTCHETT PITRE SIMON & McCARTHY
                                 JOSEPH W. COTCHETT
                                 BRUCE L. SIMON
                                 PHILIP L. GREGORY
                                 MARK C. MOLUMPHY


                                 _____/s/_____
                                 MARK C. MOLUMPHY

                                 San Francisco Airport Office Center
                                 840 Malcolm Road, Ste. 200
                                 Burlingame, CA 94010
                                 Telephone: (650) 697-6000
                                 Facsimile: (650) 697-0577

                                 Attorneys for Plaintiff Kelley Bergman

Dated: October 11, 2006          SCHIFFRIN & BARROWAY, LLP
                                 ERIC L. ZAGER
                                 SEAN HANDLER


                                 _____/s/_____
                                 SEAN HANDLER

                                 280 King of Prussia Road
                                 Rador, PA 19087
                                 Telephone: (610) 667-7706
                                 Facsimile: (610) 667-7056

                                 BRAMSON, PLUTZIK, MAHLER &
                                 BIRKHAEUSER LLP
                                 KATHRYN A. SCHOFIELD
                                 2125 Oak Grove Road, Ste. 120
                                 Walnut Creek, CA 94598
                                 Telephone: (925) 945-0200
                                 Facsimile: (925) 945-8792

                                 Attorneys for Plaintiffs Nicholas Karant and Alecta
                                 Pensionsforsakring, Omsesidigit

LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3) Continuing Initial Case Management Conference          5

1    I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this

2 STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I

3 hereby attest that Sean Handler has concurred with this filing.

4 Dated: October 11, 2006                    LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
5                                            TRAVIS DOWNS
                                             BENNY C. GOOMAN III
6                                            THOMAS WILHELM

7

                                                        /s/
8                                            TRAVIS DOWNS

9                                            655 West Broadway, Ste. 1900
                                             San Diego, CA 92101
10                                           Telephone: (619) 231-1058
                                             Facsimile: (619) 231-7423
11
                                             LERACH COUGHLIN STOIA GELLER
12                                           RUDMAN & ROBBINS LLP
                                             SHAWN A. WILLIAMS
13                                           MONIQUE C. WINKLER
                                             100 Pine Street, Ste. 2600
14                                           San Francisco, CA 94111
                                             Telephone: (415) 288-4545
15                                           Facsimile: (415) 288-4534

16                                           BARRETT, JOHNSTON & PARSLEY
                                             GEORGE E. BARRETT
17                                           DOUGLAS S. JOHNSTON, JR.
                                             TIMOTHY L. MILES
18                                           217 Second Avenue, North
                                             Nashville, TN 37201-1601
19                                           Telephone: (615) 244-2202
                                             Facsimile: (615) 252-3798
20
                                             Attorneys for Plaintiffs Douglas Holbert, Pirelli
21                                           Armstrong Tire Corporation Retiree Medical
                                             Benefits Trust, and Jeffrey Alecci
22
            I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this
23
STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I
24
hereby attest that Travis Downs has concurred with this filing.
25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
McCARTHY

1    Dated: October 11, 2006                    GLANCY BINKOW & GOLDBERG LLP
                                                PETER A. BINKOW
2

3                                               _____/s/_____
                                                     PETER A. BINKOW
4

5                                               1801 Avenue of the Stars, Ste. 311
                                                Los Angeles, CA 90067
                                                Telephone: (310) 201-9150
6                                               Facsimile: (310) 201-9160

7                                               CHIMICLES & TIKELLIS LLP
                                                One Rodney Square
8                                               P.O. Box 1035
                                                Wilmington, DE 19899-1035
9                                               Telephone: (302) 656-2500
                                                Facsimile: (302) 656-9053
10

11                                              THE MILLER LAW FIRM, P.C.
                                                DAVID H. FINK
12                                              950 West University Drive, Ste. 300
                                                Rochester, MI 48307
                                                Telephone: (248) 841-2200
13                                              Facsimile: (248) 652-2852

14                                              Attorneys for Plaintiffs Michael Priebe and Cynthia
                                                Priebe
15
             I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this
16
     STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I
17
     hereby attest that Peter A. Binkow has concurred with this filing.
18
     Dated: October 11, 2006                    KELLER ROHRBACK LLP
19                                              JULI E. FARRIS
                                                ELIZABETH A. LELAND
20                                              CARI C. LAUFENBERG

21

22                                              _____/s/_____
                                                     JULI E. FARRIS
23                                              1201 Third Avenue, Ste. 3200
                                                Seattle, WA 98101-3052
24                                              Telephone: (206) 623-1900
                                                Facsimile: (206) 623-3384
25

26

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

1   KELLER ROHRBACK PLC
    GARY A. GOTTO
2   National Bank Plaza
    3101 North Central Avenue, Ste. 900
3   Phoenix, AZ 85012
    Telephone: (602) 248-0088
4   Facsimile: (602) 248-2822

5   LOVITT & HANNAN, INC.
    RONALD LOVITT
6   J. THOMAS HANNAN
    HENRY I. BORNSTEIN
7   900 Front Street, Ste. 300
    San Francisco, CA 94111
8   Telephone: (415) 362-8769
    Facsimile: (415) 362-7528
9
    LOCKRIDGE GRINDAL NAUEN, PLLP
10  KAREN HANSON RIEBEL
    100 Washington Avenue, So., Ste. 2200
11  Minneapolis, MN 55401
    Telephone: (612) 339-6900
12  Facsimile: (612) 339-0981

13      Attorneys for Plaintiff Phyllis Jones

14      I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this

15  STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I

16  hereby attest that Juli E. Farris has concurred with this filing.

17  Dated: October 11, 2006          SCOTT + SCOTT LLC
                                      ARTHUR L. SHINGLER III
18

19                                   _____
                                            /s/
                                      ARTHUR L. SHINGLER
20

21                                   600 B Street, Ste. 1500
                                     San Diego, CA 92101
22                                   Telephone: (619) 233-4565
                                     Facsimile: (619) 233-0508

23                                   SCOTT + SCOTT LLC
                                     DAVID R. SCOTT
24                                   108 Norwich Avenue
                                     P.O. Box 192
25                                   Colchester, CT 06415
                                     Telephone: (860) 537-5537
26                                   Facsimile: (860) 537-4432

27

28

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

SCOTT + SCOTT LLC
GEOFFREY M. JOHNSON
33 River Street
Chagrin Falls, OH 44022
Telephone: (440) 247-8200
Facsimile: (440) 247-8275

Attorneys for Plaintiff Isabel Lui

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I hereby attest that Arthur R. Shingler has concurred with this filing.

Dated: October 11, 2006              LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                     RICHARD M. HEINMANN
                                     ELIZABETH J. CABRASER
                                     JOY A. KRUSE
                                     BRUCE W. LEPPLA
                                     PETER E. LECKMAN


                                     _____
                                                    /s/
                                             JOY A. KRUSE

                                     Embarcadero Center West
                                     275 Battery Street, 30th Floor
                                     San Francisco, CA 94111
                                     Telephone: (415) 956-1000
                                     Facsimile: (415) 956-1008

                                     GREENFIELD & GOODMAN LLC
                                     RICHARD D. GREENFIELD
                                     7426 Tour Drive
                                     Easton, MD 21601
                                     Telephone: (410) 745-4149

                                     Attorneys for Plaintiff Alfred Ronconi

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I hereby attest that Joy Kruse has concurred with this filing.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

1   Dated: October 11, 2006                    KELLER GROVER LLP
                                               JEFFREY F. KELLER
2

3                                              _____/s/_____
                                               JEFFREY F. KELLER
4

5                                              425 Second Street, Ste. 500
                                               San Francisco, CA 94107
6                                              Telephone: (415) 543-1305
                                               Facsimile: (415) 543-7861
7
                                               ZIMMERMAN LEVI & KORSINSKY LLP
8                                              Edward Korsinsky
                                               39 Broadway, Ste. 1601
9                                              New York, NY 10006
                                               Telephone: (212) 363-7500
10                                             Facsimile: (212) 363-7171

11                                             Attorneys for Plaintiff Feivel Gottlieb

12          I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this

13   STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X, B., I

14   hereby attest that Jeffrey F. Keller has concurred with this filing.

15   Dated: October 11, 2006                   THE GARCIA LAW FIRM
                                               STEPHEN M. GARCIA
16                                             SARINA HINSON

17                                             _____/s/_____
                                               SARINA HINSON
18
                                               One World Trade Center, Ste. 1950
19                                             Long Beach, CA 90831
                                               Telephone: (562) 216-5270
20                                             Facsimile: (562) 216-5271

21                                             SEGAL MCCAMBRIDGE SINGER &
                                               MAHONEY, LTD
22                                             STEVEN A. HART
                                               One IBM Plaza, Ste. 200
23                                             330 North Wabash
                                               Chicago, IL 60611
24                                             Telephone: (312) 645-7912
                                               Facsimile: (312) 645-7711

25                                             Attorneys for Plaintiff Erick Gulsrud

26          I, Mark C. Molumphy, am the ECF User whose ID and password are being used to file

27   this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B.,

28   I hereby attest that Sarina Hinson has concurred in this filing.

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and
(3)  Continuing Initial Case Management Conference                                              10

| | |
|---|---|
| Dated: October 11, 2006 | O'MELVENY & MYERS LLP<br>GEORGE A. RILEY<br>LUANN L. SIMMONS<br>DALE EDMONDSON |

                                                    _____/s/_____
                                                         DALE EDMONDSON

         275 Battery Street, Ste. 2600
         San Francisco, CA 94111-3305
         Telephone: (415) 984-8700
         Facsimile: (415) 984-8701

         Attorneys for Nominal Defendant Apple Computer, Inc., and Defendants Fred D. Anderson, James J. Buckley, Robert Calderoni, William V. Campbell, Timothy D. Cook, Guerrino De Luca, Ian Diery, Millard Drexler, Daniel L. Eilers, Lawrence J. Ellison, Frederick Forsyth, Albert Gore, Steven P. Jobs, Ronald B. Johnson, Arthur D. Levinson, Mitchell Mandich, Peter Oppenheimer, Jonathan Rubenstein, Avadis Tevanian, Jr., and Jerome B. York

I, Mark C. Molumphy, am the ECF user whose ID and password is being used to file this STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES FOR ALL PURPOSE. In compliance with General Order 45, X, B., I hereby attest that Dale Edmondson has concurred with this filing.

**ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Dated: ___ 10/13/06 _____.

                         _____
                         THE HONORABLE JEREMY FOGEL
                         UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

Stipulation and [Proposed] Order (1) Consolidating Cases, (2) Setting Schedule Consolidated Complaint, and (3) Continuing Initial Case Management Conference    11